UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **AMBER MOYE** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 3:22-cv-404 |
| | ) | |
| **TARGET CORPORATION, STORE #2045** | ) | |
| | ) | |
| Defendant | ) | MARCH 18, 2022 |

### DEFENDANT TARGET CORPORATION, STORE #2045'S
### NOTICE OF REMOVAL

**To the Judges of the United States District Court for The District of Connecticut:**

The Defendant Target Corporation, by and through its undersigned counsel, and pursuant to 28 U.S.C.A. §§1332(a) and 1441 hereby removes this action from the Superior Court, Judicial District of New Haven at New Haven, State of Connecticut, to the United States District Court for the District of Connecticut and in support of which states as follows:

(1)     The Plaintiff served an action against Defendant Target Corporation, Store #2045, on or about February 18, 2022, entitled  Amber Moye v. Target Corporation, Store #2045, NNH-CV-22-6121446-S, bearing a return date of March 15, 2022 and made returnable to the Judicial District of New Haven.  A copy of the Summons and Complaint is attached hereto as Exhibit "A".

(2)     In the Complaint, the Plaintiff Amber Moye, asserts claims for common law negligence against the Defendants alleging that the Plaintiff Amber Moye sustained physical injuries and damages when she fell at the Target store in Milford, Connecticut on May 27, 2021.  The Plaintiff is claiming physical injuries, some of which are alleged to be "permanent", that include her back, right hip, right shoulder, right arm, right elbow, right leg, right knee, right ankle and right hand. Although liability and damages are disputed by the Defendant, any award in favor of

the Plaintiff could potentially exceed the jurisdictional threshold of $75,000 given the claims made by the Plaintiff as set forth in the Complaint.

(3)     Target Corporation is a Minnesota corporations with a principal place of business in Minneapolis Minnesota.

(4)     Plaintiff Amber Moye is a resident, citizen and is domiciled in New Haven, Connecticut. She provided an address of 55 Benton Street, New Haven, Connecticut on the Summons dated February 7, 2022 and filed on March 4, 2022.

(5)     The Court has jurisdiction in the above-captioned matter, pursuant to 28 U.S.C.A. § 1332(a)(1), in that the amount in controversy potentially exceeds the sum or value of $75,000.00 based upon the claims made by the Plaintiff and the matter is between Target Corporation and and plaintiff, which are citizens of different states Therefore, this action may be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C.A. §§ 1332 and 1441.

(6)     This Notice of Removal is being filed within thirty (30) days of Defendant being notified of this lawsuit and Defendant Target Corporation has complied with all requirement of 28 U.S.C.A. §1446.

WHEREFORE, Defendant Target Corporation respectfully request that the above action be removed from the Superior Court, Judicial District of New Haven, State of Connecticut, to this Honorable Court.

DEFENDANT TARGET CORPORATION, STORE #2045

__/s/ Dawn Neborsky #27985_____
Dawn M. Neborsky, Esq.
Kiernan Trebach LLP
40 Court Street
Boston, MA 02108
Fed. Bar No. 27985
617-426-3900
dneborsky@kiernantrebach.com

## CERTIFICATE OF SERVICE

This is to certify that on this 18th day of March 2022 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated don the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                              */s/ Dawn M. Neborsky*
                                              Dawn M. Neborsky

# EXHIBIT A

# EXHIBIT A

# SUMMONS - CIVIL

JD-CV-1, Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 235 Church Street, New Haven, CT 06510 | ( 203 ) 503-6800 | March 15, 2022 |

| ☒ Judicial District ☐ Housing Session | ☐ G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) New Haven | Case type code (See list on page 2) Major: T   Minor: 12 |
|---|---|---|---|

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Umeugo & Associates, P.C. 620 Boston Post Road, West Haven CT, 06516 | 412772 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| ( 203 ) 931-2680 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.  ☒ Yes  ☐ No

Email address for delivery of papers under Section 10-13 (if agreed to): umeugoand.associates@snet.net

Number of Plaintiffs: 1   Number of Defendants: 1   ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Moye, Amber, S.<br>Address: 55 Benton Street, New Haven, CT 06515 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: Target Corporation, Store #2045<br>Address: 1191 Boston Post Road, Milford, CT 06460 | (Agent for Service of Process: CT Corporation System) (67 Burnside Avenue, East Hartford, CT 06108) D-01 |
| Additional Defendant | Name:<br>Address: | D-02 |
| Additional Defendant | Name:<br>Address: | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left Ikechukwu Umeugo | Date signed 02/07/2022 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

## Instructions

1. Type or print legibly; sign summons.
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. Do not use this form for the following actions:
   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   (b) Summary Process actions
   (c) Applications for change of name
   (d) Probate appeals
   (e) Administrative appeals
   (f) Proceedings pertaining to arbitration
   (g) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

### ADA NOTICE

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Contracts | C 00 | Construction - All other |
| | C 10 | Construction - State and Local |
| | C 20 | Insurance Policy |
| | C 30 | Specific Performance |
| | C 40 | Collections |
| | C 90 | All other |
| Eminent Domain | E 00 | State Highway Condemnation |
| | E 10 | Redevelopment Condemnation |
| | E 20 | Other State or Municipal Agencies |
| | E 30 | Public Utilities & Gas Transmission Companies |
| | E 90 | All other |
| Miscellaneous | M 00 | Injunction |
| | M 10 | Receivership |
| | M 20 | Mandamus |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
| | M 40 | Arbitration |
| | M 50 | Declaratory Judgment |
| | M 63 | Bar Discipline |
| | M 66 | Department of Labor Unemployment Compensation Enforcement |
| | M 68 | Bar Discipline - Inactive Status |
| | M 70 | Municipal Ordinance and Regulation Enforcement |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
| | M 83 | Small Claims Transfer to Regular Docket |
| | M 84 | Foreign Protective Order |
| | M 90 | All other |
| Housing | H 10 | Housing - Return of Security Deposit |
| | H 12 | Housing - Rent and/or Damages |
| | H 40 | Housing - Audita Querela/Injunction |
| | H 50 | Housing - Administrative Appeal |
| | H 60 | Housing - Municipal Enforcement |
| | H 90 | Housing - All Other |

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Property | P 00 | Foreclosure |
| | P 10 | Partition |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | P 30 | Asset Forfeiture |
| | P 90 | All other |
| Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | T 03 | Defective Premises - Private - Other |
| | T 11 | Defective Premises - Public - Snow or Ice |
| | T 12 | Defective Premises - Public - Other |
| | T 20 | Products Liability - Other than Vehicular |
| | T 28 | Malpractice - Medical |
| | T 29 | Malpractice - Legal |
| | T 30 | Malpractice - All other |
| | T 40 | Assault and Battery |
| | T 50 | Defamation |
| | T 61 | Animals - Dog |
| | T 69 | Animals - Other |
| | T 70 | False Arrest |
| | T 71 | Fire Damage |
| | T 90 | All other |
| Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | V 05 | Motor Vehicles* - Property Damage only |
| | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | V 09 | Motor Vehicle* - All other |
| | V 10 | Boats |
| | V 20 | Airplanes |
| | V 30 | Railroads |
| | V 40 | Snowmobiles |
| | V 90 | All other |
| | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | W 90 | All other |

| | | |
|---|---|---|
| RETURN DATE: MARCH 15, 2022 | : | SUPERIOR COURT |
| AMBER S. MOYE | : | J.D. OF NEW HAVEN |
| VS. | : | AT NEW HAVEN |
| TARGET CORPORATION (STORE #2045) | : | FEBRUARY 7, 2022 |

## COMPLAINT

1. At all times relevant herein, the plaintiff, Amber S. Moye ("Moye"), was and is an individual residing in New Haven, Connecticut.

2. The defendant, Target Corporation Store #2045, ("Target"), is and was at all times relevant herein, a corporation organization or company business within and/or operating in the State of Connecticut and located in the County of New Haven.

3. On May 27, 2021, at about 5:57 p.m., Moye was a patron and/or invitee and was walking into the defendant Target Corporation Store #2045 at Connecticut Post Mall located at 1191 Boston Post Road in Milford, Connecticut about seven (7) steps into the said Target store entrance inside the mall, when unbeknown to her she slipped on a stream of water (clear liquid) that ran across the entire entrance causing her to fall.

4. The defendant, know, or its employees, agents, management, maintenance personnel or representatives, knew, had notice, or with reasonable diligence should have had notice and knowledge and/or should have known of the dangerous and hazardous condition of the said store creating an unsafe condition for walking.

5. The defendant owed a duty, and/or it was the duty of the defendant's employees, agents, management, maintenance personnel or representatives to exercise ordinary care to

IEUGO & ASSOCIATES, P.C.
ATTORNEYS AT LAW
20 BOSTON POST ROAD
P.O. BOX 26373
/EST HAVEN, CT 06516
TEL. (203) 931-2680
FAX (203) 931-2682

1

maintain, mop, clean, and dry the entrance way floor to the said store and/or free of water, but failed to do so.

6. The defendant breached the owed duty of care by failing to keep the said entrance door floor free from unsafe conditions, i.e., stream of water.

7. As a result of this occurrence, the plaintiff sustained injuries, hereinafter more fully described, all of which were due to the negligence and carelessness of the defendant in failing to keep and maintain the premises and/or the entrance door floor in a reasonably safe condition for public use in one or more of the following respects in that they:

a. Allowed the said entrance door floor to be covered by water without any caution and/or warning signs.

b. Failed to make proper and reasonable inspection of said premises and/or the said entrance door floor which were under their care, and control.

c. Allowed, permitted, and/or took no steps to prevent the public lawfully in that vicinity from walking over the stream of water at the said entrance door floor.

d. Failed to dry or clean the said entrance door floor or take other measures so that the area was free of water.

e. Failed to warn members of the public, including the plaintiff, of the aforesaid dangerous and hazardous condition, namely a stream of water, existing on the said entrance door floor.

8. As a result of this occurrence and the negligence and carelessness of the defendant through its supervisors, employees, agents, and/or maintenance personnel, the plaintiff sustained pain, suffering, and injuries including the following:

IEUGO & ASSOCIATES, P.C.
ATTORNEYS AT LAW

20 BOSTON POST ROAD
P.O. BOX 26373
VEST HAVEN, CT 06516

TEL. (203) 931-2680
FAX (203) 931-2682

2

A. Back Injury.

B. Right Hip Injury,

C. Right Shoulder Injury,

D. Right Arm Injury,

E. Right Elbow Injury,

F. Right Leg Injury,

G. Right Knee Injury,

H. Right Ankle Injury,

I. Right Hand Injury,

J. Whole Body Pain,

K. Sleeplessness,

L. Headaches; and

M - Limitation on rotation and/or flexion and/or movement of the Whole Back, Right Hip, Right Shoulder, Right Arm, Right Elbow, Right Leg, Right Knee, Right Ankle, and Right Hand.

9. The plaintiff has endured and will continue to endure great physical pain and suffering and has been subject to continuous severe pain.

10. As a result of these injuries, Plaintiff has expended large sums of money for medical treatment, medicine, services, and x-rays and may be obligated in the future to expend further sums for such purposes.

IEUGO & ASSOCIATES, P.C.
ATTORNEYS AT LAW

20 BOSTON POST ROAD
P.O. BOX 26373
VEST HAVEN, CT 06516

TEL. (203) 931-2680
FAX (203) 931-2682

3

11. As a further result of the foregoing injuries, the plaintiff has suffered permanent injury and/or an impairment of her ability to carry on her life's activities which she enjoyed before said slip and fall.

**WHEREFORE,** the plaintiff claims

a) Damages; and

b) Such other relief as the Court deems fair and equitable.

                                      THE PLAINTIFF,
AMBER S. MOYE

BY: _____
IKECHUKWU UMEUGO
HER ATTORNEY
UMEUGO & ASSOCIATES, P.C.
620 BOSTON POST ROAD
WEST HAVEN, CT 06516
(203) 931-2680; FAX (203) 931-2682
JUR# 412772

UMEUGO & ASSOCIATES, P.C.
ATTORNEYS AT LAW

620 BOSTON POST ROAD
P.O. BOX 26373
WEST HAVEN, CT 06516

TEL. (203) 931-2680
FAX (203) 931-2682

| RETURN DATE: MARCH 15, 2022 | : | SUPERIOR COURT |
|---|---|---|
| AMBER S. MOYE | : | J.D. OF NEW HAVEN |
| VS. | : | AT NEW HAVEN |
| TARGET STORE #2045 | : | FEBRUARY 7, 2022 |

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand is greater than fifteen thousand dollars ($15,000.00), exclusive of interest and costs.

THE PLAINTIFF,
AMBER S. MOYE

BY: _____
IKECHUKWU UMEUGO
HER ATTORNEY
UMEUGO & ASSOCIATES, P.C.
620 BOSTON POST ROAD
WEST HAVEN, CT 06516
(203) 931-2680; FAX (203) 931-2682
JUR# 412772

IEUGO & ASSOCIATES, P.C.
ATTORNEYS AT LAW

20 BOSTON POST ROAD
P.O. BOX 26373
VEST HAVEN, CT 06516

TEL. (203) 931-2680
FAX (203) 931-2682